# United States Bankruptcy Court
## Southern District of Ohio

In re   Jennifer N. Shannon

_____
                              Debtor(s)

Case No.    2:13-bk-52702

Chapter     13

## Notice of Change of Address

Debtor's Social Security Number:                 xxx-xx-7663

**My (Our) Former Mailing Address and Telephone Number was:**

Name:           Jennifer N. Shannon

Street:          5567 Crystal Falls St.

City, State and Zip:    Dublin, OH 43016

Telephone #:

**Please be advised that effective  April 27  , 20 15  ,
my (our) new mailing address and telephone number is:**

Name:           Jennifer N. Shannon

Street:           6665 Albany Woods Blvd

City, State and Zip:    New Albany, OH 43054

Telephone #:


/s/ Jennifer N. Shannon
_____
Jennifer N. Shannon
Debtor